IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DAVID REEDER,**

    **Plaintiff,**

    vs.            Cause No.  04-CV-788-DRH

**ILLINOIS CENTRAL RAILROAD
COMPANY, d/b/a CANADIAN
NATIONAL ILLINOIS CENTRAL
RAILROAD COMPANY,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

                                                          **NORBERT G. JAWORSKI, CLERK**

June 22, 2005                                  By:   s/Patricia Brown
                                                                 Deputy Clerk

APPROVED:/s/       David RHerndon        EOD:   6/22/2005
            **U.S. DISTRICT JUDGE**